UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NANCY LIMON,

              Plaintiff,

    -against-

ABM INDUSTRIES, INC., ABM ENGINEERING SERVICES COMPANY, ABM JANITORIAL NORTHEAST, INC., AND OMAR VASCONEZ,

              Defendants.

Civil Action No. 07 CIV 6110 (LTS)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on September 4, 2007, I served the foregoing on the following by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems and by also sending a copy via First Class Mail, by placing said copy into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, upon:

    Derek T. Smith
    Akin & Smith, LLC
    Attorneys for Plaintiff
    305 Broadway
    Suite 1101
    New York, NY 10007

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of September 2007, in New York, New York.

*/s/ Pat Seward*
Pat Seward

Firmwide:82868691.1 052796.1015