**LITTLER MENDELSON**
A Professional Corporation
Attorneys for Defendants
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NANCY LIMON,

                Plaintiff,

          -against-

ABM INDUSTRIES, INC., ABM ENGINEERING SERVICES COMPANY, ABM JANITORIAL NORTHEAST, INC., AND OMAR VASCONEZ,

                Defendants.

Civil Action No. 07 CIV 6110 (LTS)

**NOTICE OF APPEARANCE**

---

     PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendants ABM Janitorial—Northeast. Inc. and Omar Vasconez in the above-captioned matter.

| | |
|---|---|
| Dated:  September 5, 2007<br>       New York, New York | Respectfully Submitted,<br><br>LITTLER MENDELSON, P.C.<br><br>/s/ Deke W. Bond<br>Deke W. Bond (DB 0349)<br>885 Third Avenue, 16th Floor<br>New York, NY  10022.4834<br>212.583.9600 (telephone)<br>212.832.2719 (facsimile)<br>dbond@littler.com (email)<br><br>Attorneys for Defendants ABM Janitorial—Northeast, Inc. and Omar Vasconez |

- 2 -

TO: Derek T. Smith
     Akin & Smith, LLC
     Attorneys for Plaintiff
     305 Broadway
     Suite 1101
     New York, NY 10007

     (via ECF and U.S. Mail)

Case 1:07-cv-06110-LTS-JCF   Document 4   Filed 09/05/2007   Page 2 of 3

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY LIMON,

              Plaintiff,

-against-

ABM INDUSTRIES, INC., ABM ENGINEERING SERVICES COMPANY, ABM JANITORIAL NORTHEAST, INC., AND OMAR VASCONEZ,

              Defendants.

Civil Action No. 07 CIV 6110 (LTS)

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 5, 2007, I served the foregoing on the following by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems and by also sending a copy via First Class Mail, by placing said copy into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, upon:

        Derek T. Smith
        Akin & Smith, LLC
        Attorneys for Plaintiff
        305 Broadway
        Suite 1101
        New York, NY 10007

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 5th day of September 2007, in New York, New York.

                                          */s/ Pat Seward*
                                          Pat Seward

Firmwide:83042701.1 052796.1015