LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY LIMON,

               Plaintiff,

-against-

ABM INDUSTRIES, INC., ABM ENGINEERING SERVICES COMPANY, ABM JANITORIAL NORTHEAST, INC., AND OMAR VASCONEZ,

               Defendants.

Civil Action No. 07 CIV 6110 (LTS)

**F.R.C.P. 7.1
DISCLOSURE STATEMENT OF DEFENDANT ABM JANITORIAL—NORTHEAST, INC.**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant ABM Janitorial—Northeast, Inc. ("ABM") (a private non-governmental party) certifies that (i) ABM's parent corporation is ABM Janitorial Services, Inc., which is a wholly-owned subsidiary of ABM Industries Incorporated, (ii) ABM Industries Incorporated is a publicly held corporation, and (iii) other than ABM Industries Incorporated, there are no publicly held corporations that own 10 percent or more of ABM's stock.

- 2 -

Dated: September 5, 2007  
      New York, New York

Respectfully Submitted,

LITTLER MENDELSON, P.C.

/s/ Deke W. Bond
_____
Craig R. Benson (CB 9531)  
Deke W. Bond (DB 0349)  
LITTLER MENDELSON  
  A Professional Corporation  
885 Third Avenue, 16th Floor  
New York, NY  10022.4834  
212.583.9600

Attorneys for Defendants ABM Janitorial—Northeast, Inc. and Omar Vasconez

TO:  Derek T. Smith  
      Akin & Smith, LLC  
      Attorneys for Plaintiff  
      305 Broadway  
      Suite 1101  
      New York, NY 10007

      (via ECF and U.S. Mail)

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY LIMON,

          Plaintiff,

-against-

ABM INDUSTRIES, INC., ABM ENGINEERING SERVICES COMPANY, ABM JANITORIAL NORTHEAST, INC., AND OMAR VASCONEZ,

          Defendants.

Civil Action No. 07 CIV 6110 (LTS)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2007, I served the foregoing on the following by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems and by also sending a copy via First Class Mail, by placing said copy into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, upon:

    Derek T. Smith
    Akin & Smith, LLC
    Attorneys for Plaintiff
    305 Broadway
    Suite 1101
    New York, NY 10007

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of September 2007, in New York, New York.

                                                    */s/ Pat Seward*
                                                    Pat Seward

Firmwide:83042889.1 052796.1015