## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Index # 07CIV6110　　　　　　　　　　　　　　　　　　　　Purchased/Filed: June 28, 2007
State of New York, U.S. District Court- Southern Dist. of New York　　County of

ID # 548255

NANCY LIMON,　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff

against

ABM INDUSTRIES, INC., et. al.,　　　　　　　　　　　　　　　　　　Defendant

STATE OF NEW YORK, COUNTY OF WARREN, SS.:

___Sarah Roberts___, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; deponent is not a party herein; that on ___August 24, 2007___, at ___1:01PM___, at the office of the Secretary of State of the State of New York, at 41 State Street - 2nd Floor, Albany, New York 12207, deponent served the annexed:

___Summons and Complaint in a Civil Case___, on

___ABM JANITORIAL NORTHEAST, INC.___

Defendant in this action, by delivering to and leaving with ___Carol Vogt___ AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; that said service was made pursuant to Section ___306 Business Corporation Law___, ☐; and via Registered Mail sent on _____, receipt attached.

The Index No. and the date the action was filed were clearly marked and visible to the defendant.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served: Approx. Age: ___43___   Approx. Weight: ___110___   Approx. Ht.: ___5' 1"___
Sex: ___Female___   Color of skin: ___White___   Color of hair: ___Brown___   Other: _____
Sworn to before me on this ___24th___ day of ___August 2007___

LINDA J. FULLER
NOTARY PUBLIC, State of New York
No. 01FU6137505, Warren County
My Comm. Exp. November 28, 2009

Sarah Roberts

Cust. #/ WO # ___533200___

**ELITE PROCESS SERVERS - 88-08 LITTLE NECK PARKWAY, FLORAL PARK, NEW YORK 11001**