SWAIN S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY LIMON,

    Plaintiff,

v.

ABM INDUSTRIES, INC.,
ABM ENGINEERING SERVICES COMPANY,
ABM JANITORIAL NORTHEAST, INC., and
OMAR VASCONEZ,

    Defendants.

Civil Action No. 07 CV 6110 (LTS)

STIPULATION

    IT IS HEREBY STIPULATED AND AGREED that the undersigned counsel for Defendants, ABM JANITORIAL NORTHEAST, INC. and OMAR VASCONEZ ("Defendants") have agreed to accept service of process of the Plaintiff's Summons and Complaint ("Complaint") as of August 15, 2007 and that Defendants shall move, answer, or otherwise respond to the Complaint by September 4, 2007.

    IT IS FURTHER STIPULATED AND AGREED that Defendant ABM JANITORIAL NORTHEAST, INC. was and is Plaintiff's employer at all times material to the above-captioned action.

    IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action, that ABM INDUSTRIES, INC. and ABM ENGINEERING SERVICES COMPANY be dismissed, without prejudice, as Defendants from this action.

Date: August 28, 2007
New York, New York

AKIN & SMITH, LLC

By: _____
Derek T. Smith (DTS-1747)
Attorneys for Plaintiff
305 Broadway, Suite 1101
New York, New York 10007
Tel: 212.587.0760

LITTLER MENDELSON, P.C.

By: _____
Craig R. Benson (CB-9531)
Deke W. Bond (DB-0349)
Attorneys for Defendants
885 Third Avenue, 16th Floor
New York, New York 10022-4834
Tel: 212.583.9600

SO ORDERED:

_____
Honorable Laura T. Swain
United States District Court Judge

9/17/2007
Date