UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Nancy Limon,

      Plaintiff(s),

 -v-

ABM Industries, et al.,

      Defendant(s).
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 2 2007
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6110 (LTS)(JCF)

LAURA TAYLOR SWAIN, District Judge

 The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | | ___ | Habeas Corpus |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | | Particular Motion:_____ |
| | | | All such motions: ____ |
| ___ | Inquest After Default/Damages Hearing | | |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:  New York, New York
      December 11, 2007

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge