**MEMO ENDORSED**

July 10, 2008

**VIA FACSIMILE (212.805.7930)**

The Honorable James C. Francis
U.S. Magistrate Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 1960
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

Re:   *Nancy Limon v. ABM Industries, Inc., ABM Engineering Services Company, ABM Janitorial Northeast, Inc., and Omar Vasconez*, Civil Action No. 07 CV 6110

Dear Judge Francis:

The parties jointly request that the Court extend the discovery deadlines outlined in the December 12, 2007 Pre-Trial Scheduling Order in the above-referenced matter from June 30, 2008 to August 29, 2008 and the dispositive motion deadline from August 1, 2008 to October 1, 2008. In connection with this request, the parties will request that the district court adjourn the Final Pre-Trial Conference set for October 24, 2008 to a date after December 29, 2008 so that the court may have time to consider any dispositive motions filed by the parties. No other requests to extend the discovery deadlines have been made.

Finally, the parties are available for a mediated settlement conference on August 13, 2008 before Your Honor if that date is still available.

_____
Derek T. Smith
AKIN & SMITH, LLC
305 Broadway
Suite 1101
New York, NY 10007
212.587.0760

Attorneys for Plaintiff

_____
Deke W. Bond
LITTLER MENDELSON
  A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendants

Firmwide:85821142.1 052796.1015

7/11/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ