USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 9 2008

August 8, 2008

**MEMO ENDORSED**

VIA FACSIMILE (212.805.0426)

The Honorable Laura Taylor Swain
U.S. District Court Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 1960
New York, NY 10007

*[Handwritten: The final pretrial conference is adjourned to February 29, 2009, at 11:00AM and the related deadlines are modified accordingly. SO ORDERED. 8/19/08]*

Re:   Nancy Limon v. ABM Industries, Inc., ABM Engineering Services Company, ABM Janitorial Northeast, Inc., and Omar Vasconez, Civil Action No. 07 CV 6110 (LTS) (JCF)

**LAURA TAYLOR SWAIN, U.S.D.J.**

Dear Judge Swain:

The purpose of this letter is to request that the Court adjourn the October 24, 2008 Final Pre-Trial Conference in the above-referenced matter to a later date in order for the Court to have enough time to entertain any summary judgment motions that the parties may file. On July 17, 2008, Magistrate Judge James C. Frances granted the parties' request that the discovery deadline be extended to August 29, 2008 and the dispositive motion deadline be extended to October 1, 2008. The parties have also agreed to a mediated settlement conference on August 13, 2008 before Magistrate Judge Frances.

Because the summary judgment deadline is now October 1st and the Final Pre-Trial Conference is a little more than three weeks after that, the parties seek an adjournment of that conference to a date after December 29, 2008. This is the parties' first request for an adjournment of this date.

_____
Derek T. Smith/Ismail Sekendiz
AKIN & SMITH, LLC
305 Broadway
Suite 1101
New York, NY 10007
212.587.0760

Attorneys for Plaintiff

_____
Duke W. Bond
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendants

Firmwide:85093239.1 052796.1015